JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU A. DAVIS, | ) Case No. CV 15-0313-JGB (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| COUNTY OF LOS ANGELES et al., | ) |
| Defendants. | ) |

   Under the Order Partially Accepting Report and Recommendation of U.S. Magistrate Judge and Dismissing Action Under Federal Rule of Civil Procedure 41(b) and for Failure to State a Claim,

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED:  April 29, 2016  

JESUS G. BERNAL
U.S. DISTRICT JUDGE